```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BARRY MITCHELL,

                    Plaintiff,

    -against-

SERGEANT JOHN KUGLER,
SERGEANT NELSON VILLAFANE,
POLICE OFFICER JAMES LEE,
JOHN DOE # 1-5,
DISTRICT ATTORNEY RICHARD A. BROWN,
AND THAT CITY OF NEW YORK,

                    Defendants.
----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 13 2009 ★
BROOKLYN OFFICE

JUDGMENT
07-CV-1801 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 12, 2009, granting the defendants' converted motion for summary judgment on the false arrest and malicious claims; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the defendants' converted motion for summary judgment on the false arrest and malicious prosecution claims is granted.

Dated: Brooklyn, New York
       August 12, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court